COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-13-00373-CR

Style:  Norma Jean Clark

**v** The State of Texas

Date motion filed[*]:  November 14, 2013

Type of motion:  Motion to Reset the Briefing Schedule or Extend Time to File Brief

Party filing motion:  Appellant

Document to be filed:  Appellant's brief

If motion to extend time:

    Original due date:  September 13, 2013

    Number of extensions granted:  2  Current Due date:  November 14, 2013

    Date Requested:  December 14, 2013

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  December 20, 2013

        ☑    No further extensions of time will be granted absent extraordinary
            circumstances

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

**The supplemental reporter's record was filed on November 20, 2013.  Appellant's
brief is ordered filed no later than December 20, 2013.  No further extensions will
be granted absent extraordinary circumstances.**

Judge's signature: /s/ Sherry Radack _____
             ☐ Acting individually    ☐ Acting for the Court
Panel consists of _____

Date:  November 26, 2013 _____

November 7, 2008 Revision